## 23990.   Evans *v.* The State.

Guerry, J.   There was direct evidence to support the verdict, and the purported special assignments of error are without merit.

*Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.*

Decided May 9, 1934.

*W. A. Morgan, W. E. Perry,* for plaintiff in error.
*Hamilton Burch, solicitor,* contra.